IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                          No CV-07-80265 MISC VRW

Merrick Scott Rayle,
                                           ORDER
    State Bar No 139478
_____/

        On December 28, 2007, this court issued an order to remove Merrick Scott Rayle from the roll of attorneys authorized to practice law before this court, based on his suspension by the State Bar of California, effective September 2, 2007.

        Mr Rayle has now provided proof of reinstatement by the State Bar.

        The court now orders Merrick Scott Rayle placed back on the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

        IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


IN RE:

MARRICK SCOTT RAYLE ,

_____/

Case Number: C07-80265 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Merrick Scott Rayle
212 Wood Street
Pacific Grove, CA 93950

Dated: November 14, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*